**Order entered October 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00732-CV

**ALBERT G. HILL, III, Appellant**

**V.**

**ALBERT G. HILL, JR., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-04523**

## ORDER

We **GRANT** appellant's October 15, 2013 second motion for an extension of time to file a brief. Appellant shall file his brief on or before November 22, 2013. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/ ELIZABETH LANG-MIERS
JUSTICE